UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALINOOR EDIN,

                    Petitioner,

    v.

TODD BLANCHE, *et al.*,

                    Respondents.

Case No. C26-1208-MLP

ORDER

This is a federal habeas action filed under 28 U.S.C. § 2241. The Federal Public Defender's Office, on behalf of Petitioner Alinoor Edin, has filed a proposed petition for writ of habeas corpus, an application to proceed *in forma pauperis* ("IFP"), and a motion seeking appointment of counsel in this matter. (Dkt. ## 1-2.) The Court, having considered Petitioner's motion, his financial eligibility, and the balance of the record, finds and ORDERS as follows:

    (1)    Petitioner demonstrates that he is unable to afford the $5.00 filing fee. Accordingly, the Court GRANTS Petitioner's application to proceed IFP. (Dkt. # 1.) The Clerk is directed to file Petitioner's habeas petition without the prepayment of fees.

    (2)    The petition indicates that this case falls within the class of cases potentially governed by *Zadvydas v. Davis*, 533 U.S. 678 (2001). (*See* dkt. # 1.) The motion to appoint

ORDER - 1

counsel indicates that, because of the complex issues involved in this case, the interests of justice require that counsel be appointed for Petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B). As required by statute, Petitioner has demonstrated, by means of his IFP application, financial eligibility for such appointment. *See id.* Accordingly, Petitioner's request for appointment of counsel (dkt. # 2) is GRANTED. The Court appoints the Federal Public Defender to represent Petitioner in these proceedings.

(3)    The Clerk is directed to send copies of this order to Petitioner, to the Federal Public Defender, and to counsel for Respondents.

Dated this 10th day of April, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2